IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:15CR3137 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM |
| DAVID LANE ERICKSON, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

Because 18 U.S.C. § 3147 does not apply in this case, I must vacate the conviction as to Count II. With the agreement of prosecution and defense counsel, and pursuant to the All Writs Act, 28 U.S.C. § 1651,

IT IS HEREBY ORDERED that the conviction as to Count II is vacated. The Clerk shall deliver a copy of this memorandum and order to the United States Marshals Service. The United States Marshals Service shall provide a copy to the Bureau of Prisons.

DATED this 10th day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge