IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID LANE ERICKSON,<br><br>            Defendant. | **4:15CR3137**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's unopposed motion to review detention, (Filing No. 45), is granted.

2) Defendant shall comply with all terms and conditions of his previously ordered supervised release except as follows:

> Defendant shall be released to reside at NOVA TC, Omaha, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at NOVA TC, Omaha, Nebraska by 1:00 p.m. on February 20, 2024. The Marshal shall release Defendant to Syrrah Lopez on February 20, 2024 at 11:00 a.m. for timely transport to the facility.

Dated this 12th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge