IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID LANE ERICKSON <br><br> Defendant. | **4:15CR3137** <br><br> **ORDER** |

  Defendant has moved for review of the detention order and requests a hearing. (Filing No. 51). The magistrate judge may review detention only if "information exists that was not known to the movant at the time of the hearing and that has a material bearing" on the amelioration of the risks of nonappearance and safety. 18 U.S.C. § 3142(f); *see also* 18 U.S.C. § 3148(b)(2). The Court does not find that the Motion sets forth information that has a material bearing on the amelioration of the risks of nonappearance and safety.

  Accordingly,

  IT IS ORDERED that Defendant's motion for review of the detention order, (Filing No. 51), is denied.

  Dated this 13th day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge
