IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DAVID LANE ERICKSON<br><br>                  Defendant. | **4:15CR3137**<br><br><br>**ORDER** |

A hearing was held today regarding Defendant's unopposed motion to review conditions of supervised release, (Filing No. 92). Upon consideration of the evidence and filings before the court and for the reasons discussed during the hearing, the court finds good cause has been shown and the motion to review the conditions of supervised release should be granted. Accordingly,

IT IS ORDERED:

1)     Defendant's motion to review the conditions of supervised release, (Filing No. 92), is granted.

2)     Defendant shall comply with all terms and conditions of supervised release except as follows:

> Defendant shall be released to reside at The Michael House in Omaha, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)     Defendant shall arrive at The Michael House in Omaha, Nebraska by 12:00 (noon) on March 2, 2026. The Marshal shall release Defendant to Adrian Zarate on March 2, 2026 at 9:30 a.m. for timely transport to the facility.

Dated this 27th day of February, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge